# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA LONGO, individually and as guardian of A.S.P., a minor,** : Plaintiff | No. 3:14cv181 |
| | (Judge Munley) |
| v. | |
| **THE GOOD SHEPHERD CHILD CARE CENTER,** Defendant | |

## ORDER

**AND NOW**, to wit, this 19th day of August 2014, the defendant's motion to dismiss based upon the religious exemption of the ADA (Doc. 6) is **DENIED** without prejudice.

The parties are granted ninety (90) days for discovery into whether the daycare center is controlled by a religious organization. Within fifteen days after the conclusion of the discovery period, the defendant may file a motion to dismiss based upon the religious exemption.

Specifically, discovery shall be completed by November 18, 2014 and the defendant may file its motion to dismiss, or otherwise respond to the complaint, by December 3, 2014.

**BY THE COURT:**

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District Court**